UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20485-CIV-LENARD/DUBÉ

**ERIC STANLEY**,

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 22), GRANTING DEFENDANT'S MOTION TO REMAND (D.E. 21), DENYING AS MOOT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (D.E. 18), AND CLOSING CASE

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 22), issued on September 3, 2009. The Report recommends this Court grant Defendant's Motion to Remand (D.E. 21), filed on August 24, 2009, and remand this matter for further proceedings before the Commissioner. No objections have been filed and there is no dispute the matter should be remanded. Accordingly, having conducted a <u>de novo</u> review of the Report and the record, it is

**ORDERED AND ADJUDGED** that:

    **1.**    The Report of the Magistrate Judge (D.E. 22) is hereby **ADOPTED**;

    **2.**    Defendant's Motion to Remand (D.E. 21) is **GRANTED**;

.    **3.**    This cause is hereby **REMANDED** to the Commissioner pursuant to sentence

    four of Title 42, United States Code, Section 405(g) for:

    a. the ALJ to further evaluate the record and not rely on the state agency determination completed by a Single Decision Maker in assessing the Plaintiff's residual functional capacity; and;

    b. the ALJ to consider all the relevant evidence of record.

**4.** All other pending motions, including Plaintiff's Motion for Summary Judgment (D.E. 18), are **DENIED AS MOOT**;

**5.** This case is now **CLOSED**.

  **DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of September, 2009.

                _/s/ Joan A. Lenard_
                **JOAN A. LENARD**
                **UNITED STATES DISTRICT JUDGE**