## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20485-CIV-LENARD/DUBÉ

**ERIC STANLEY,**

               Plaintiff,

vs.

**MICHAEL J. ASTRUE**,
**Commissioner of Social Security,**

               Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 27) AND
### GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (D.E. 24)

**THIS CAUSE** is before the Court upon the Report and Recommendation of the

Magistrate Judge ("Report," D.E. 27), filed on October 28, 2009, and Plaintiff's Motion for

Attorney's Fees and Costs ("Motion," D.E. 24), filed on October 14, 2009.  Defendant has

neither filed a response to the Motion nor objections to the Report.  Failure to timely file

objections shall bar the parties from attacking on appeal the factual findings contained in the

report.  See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th

Cir. 1993); Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988).  Having considered the

Motion, the Report, and the record, the Court finds as follows.

On September 24, 2009, the Court issued an Order adopting a Report and

Recommendation of the Magistrate Judge, reversing and remanding the decision of the

Commissioner of Social Security and remanding for further proceedings.  Plaintiff's Motion

seeks $6,372.29 in attorney's fees and $13.52 in costs, for a total award of $6,385.81, pursuant to 28 U.S.C. § 2412(d).  Section 2412(d)(1)(A) provides that:

> Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses, in addition to any costs awarded pursuant to subsection (a), incurred by that party in any civil action (other than cases sounding in tort), including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

The Report finds an award is not unjust and states that "both the amount of time expended and the hourly rate requested are reasonable and that the total amount sought by the Plaintiff for fees should be awarded."  (Report at 1.)  As Defendant has not filed a response or objections to the Report, it is hereby **ORDERED AND ADJUDGED** that:

1.   Consistent with this Order, the Report and Recommendation of the Magistrate Judge (D.E. 27), filed on October 28, 2009, is **ADOPTED**;

2.   Plaintiff's Motion for Award of Attorney's Fees and Reasonable Costs (D.E. 24), filed on October 14, 2009, is **GRANTED** and Plaintiff is awarded the sum of $6,385.81 in reasonable attorney's fees and costs, payable to Plaintiff's attorney, Elizabeth R. Read in accordance with Plaintiff's agreement with counsel.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of December, 2009.

Joan A. Lenard

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

3